# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TRINA THOMAS,<br><br>*Plaintiff*<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:16-CV-148-LRS<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion For Summary Judgment (ECF No. 16) is GRANTED. Defendant's Motion For Summary Judgment (ECF No. 20) is DENIED. Judgment is entered for the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on a motion for summary judgment ECF Nos. 16 and 20.

Date: August 30, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer